KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5939
 Fax:  (415) 703-1234
 E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendants California
Department of Justice, Bureau of Firearm
and California Attorney General Kamala D.
Harris, in her official capacity*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODNEY LEE COLLAMER,**<br><br>PLAINTIFF,<br><br>V.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF FIREARMS; ATTORNEY GENERAL KAMALA D. HARRIS,**<br><br>DEFENDANTS. | Case No: 3:16-CV-02662-SK<br><br>DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF |

Defendants California Department of Justice, Bureau of Firearms ("DOJ") and Kamala D. Harris, sued in her official capacity as California Attorney General, (collectively, "Defendants"), answer Plaintiff's Complaint for Injunctive and Declaratory Relief ("Complaint") as follows:

**GENERAL ALLEGATIONS**

1. Paragraph 1 of the Complaint does not contain any allegations for Defendants to admit or deny. To the extent any part of paragraph 1 is deemed an allegation of fact, Defendants deny it.

2. Defendants admit that the Second Amendment of the United States Constitution states: "A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed."

3. Paragraph 3 of the Complaint comprises conclusions of law to which no answer is required. To the extent any part of paragraph 3 is deemed an allegation of fact, Defendants deny it.

## JURISDICTION AND VENUE

4. Paragraph 4 of the Complaint comprises conclusions of law to which no answer is required. To the extent any part of paragraph 4 is deemed an allegation of fact, Defendants deny it.

5. Paragraph 5 of the Complaint comprises conclusions of law to which no answer is required. To the extent any part of paragraph 5 is deemed an allegation of fact, Defendants deny it.

6. Paragraph 6 of the Complaint comprises conclusions of law to which no answer is required. To the extent any part of paragraph 6 is deemed an allegation of fact, Defendants deny it.

## PARTIES

7. Defendants lack knowledge or information sufficient to form a belief about the allegations in paragraph 7 of the Complaint, and therefore deny them.

8. In response to paragraph 8 of the Complaint, Defendants admit that the DOJ is an agency of the State of California, headed by the California Attorney General. The remainder of paragraph 8 of the Complaint comprises conclusions of law to which no answer is required.

9. In response to paragraph 9 of the Complaint, Defendants admit that Kamala D. Harris is the Attorney General of the State of California. Defendants further admit that she supervises the DOJ and complies with her statutory duties under California law. The remainder of paragraph 9 of the Complaint comprises conclusions of law to which no answer is required.

## FACTS

10. On information and belief, Defendants admit that Plaintiff pled guilty and was convicted of violating Health & Safety Code section 11383(c)(1) in Sonoma County Superior Court, Case No. SCR-486167. Defendants lack knowledge or information sufficient to form a belief about the remaining allegations in paragraph 10 of the Complaint, and therefore deny them.

11. On information and belief, Defendants admit that Plaintiff was sentenced to eight months

1  in county jail, 36 months of probation, 80 hours of community service, among other requirements.
2  Defendants lack knowledge or information sufficient to form a belief about the remaining allegations in
3  paragraph 11 of the Complaint, and therefore deny them.

4        12.     On information and belief, Defendants admit that the District Attorney of Sonoma
5  County did not appeal Sonoma County Superior Court, Case No. SCR-486167.  The last clause of
6  paragraph 12 is a conclusion of law to which no answer is required.  Defendants lack knowledge or
7  information sufficient to form a belief about the remaining allegations in paragraph 12 of the Complaint,
8  and therefore deny them.

9        13.     Defendants lack knowledge or information sufficient to form a belief about the
10 allegations in paragraph 13 of the Complaint, and therefore deny them.

11       14.     On information and belief, Defendants admit that, on November 18, 2014, Plaintiff filed
12 an application for relief under Penal Code section 1203.4 by withdrawal of plea.  On information and
13 belief, Defendants deny that Plaintiff filed a petition to reduce his offense to a misdemeanor.
14 Defendants lack knowledge or information sufficient to form a belief about the remaining allegations in
15 paragraph 14 of the Complaint, and therefore deny them.

16       15.     Defendants lack knowledge or information sufficient to form a belief about the
17 allegations in paragraph 15 of the Complaint, and therefore deny them.

18       16.     On information and belief, Defendants admit that, on January 7, 2015, the Sonoma
19 Superior Court granted motions under Penal Code sections 17(b) and 1203.4.  On information and
20 belief, Defendants admit that the Sonoma County District Attorney did not file an appeal in Sonoma
21 County Superior Court, Case No. SCR-486167.  The last clause of paragraph 16 is a conclusion of law
22 to which no answer is required.  Defendants lack knowledge or information sufficient to form a belief
23 about the remaining allegations in paragraph 16 of the Complaint, and therefore deny them.

24       17.     Defendants deny the allegations in the paragraph 17 of the Complaint.  Plaintiff's
25 conviction under Health and Safety Code section 11383(c)(1) was a straight felony, which cannot be
26 reduced to a misdemeanor as a matter of law.  An order that purports to reduce a straight felony
27 conviction by way of Penal Code section 17(b) is illegal and void.

28       18.     Paragraph 18 of the Complaint comprises conclusions of law to which no answer is

required.

19. In response to paragraph 19 of the Complaint, Defendants admit, on information and belief, that Plaintiff submitted a Request for Live Scan Service to the DOJ. Defendants lack knowledge or information sufficient to form a belief about the remaining allegations in paragraph 19 of the Complaint, and therefore deny them.

20. In response to paragraph 20 of the Complaint, Defendants admit that on May 18, 2015, the DOJ sent Plaintiff a Personal Firearms Eligibility Check Notification to inform Plaintiff that he was ineligible to possess or purchase firearms as of the date the check was completed.

21. In response to paragraph 21 of the Complaint, Defendants admit that Plaintiff sent a records review request to the DOJ. Defendants deny all remaining allegations in paragraph 21.

22. In response to paragraph 22 of the Complaint, Defendants admit that, in a letter dated January 12, 2016, the DOJ responded to Plaintiff's claim of alleged inaccuracy or incompleteness in his California state summary criminal history record. Defendants admit that the letter states "Regarding your request to amend the arrest entry dated May 12, 2006, the DOJ is required, pursuant to California Penal Code section 11105(a)(2), to record specific arrest, disposition, and personal identification information when it is reported by a law enforcement agency or court of this state. Modification or deletion of this information can only occur at the direction of the contributing agency or by order of the court having jurisdiction over the criminal matter. Information received from the Sonoma County Superior Court regarding case number SCR-486 1 67 confirms the DOJ has accurately recorded the disposition you received. As indicated on the record review response mailed to you on October 20, 2015, a 'reduced to misdemeanor' and '1203.4 P.C., conviction set aside and dismissed' comments are listed on this entry, and at this time, no updates are require." Defendants deny all remaining allegations in paragraph 22.

23. In response to paragraph 23 of the Complaint, Defendants admit that they have obtained certain information regarding Sonoma County Superior Court, Case No. SCR-486167. Defendants further admit that they had determined that, as of May 18, 2015, Plaintiff was ineligible to possess or purchase a firearm. Defendants deny all remaining allegations in paragraph 23.

24. In response to paragraph 23 of the Complaint, Defendants admit that, in email

communication with Plaintiff's counsel, Defendants' counsel indicated that, based on information then available to him, that there is "a June 2007 felony conviction on a straight felony mandating a sentence to state prison. The court suspended imposition of sentence and ordered three years of probation and 8 months in county jail." Defendants deny the remaining allegations in paragraph 24 of the Complaint.

25. In response to paragraph 25 of the Complaint, Defendants admit that they believe the Sonoma County Superior Court acted in excess of its authority in Case No. SCR-486167. Defendants deny all remaining allegations in paragraph 25.

### FIRST CLAIM FOR RELIEF

26. In response to paragraph 26 of the Complaint, Defendants incorporate their answers to paragraphs 1-25 above as if set forth fully herein.

27. Defendants deny the allegations in the paragraph 27 of the Complaint.

28. Defendants deny the allegations in the paragraph 28 of the Complaint.

29. Defendants deny the allegations in the paragraph 29 of the Complaint.

30. Defendants deny the allegations in the paragraph 30 of the Complaint.

### SECOND CLAIM FOR RELIEF

31. In response to paragraph 31 of the Complaint, Defendants incorporate their answers to paragraphs 1-30 above as if set forth fully herein.

32. Defendants deny the allegations in the paragraph 32 of the Complaint.

33. Defendants deny the allegations in the paragraph 33 of the Complaint.

34. Defendants deny the allegations in the paragraph 34 of the Complaint.

35. Defendants deny the allegations in the paragraph 35 of the Complaint.

### DEFENSES

Defendants allege and assert defenses, as follows:

1. Defendants correctly determined that Plaintiff is not eligible to purchase or possess firearms. On information and belief, Plaintiff pled guilty to and was convicted of violation of Penal Code section 11383(c)(1) (West 2006). On information and belief, the Sonoma County Superior Court granted a motion under Penal Code section 17(b)(5), which purported to reduce Plaintiff's felony conviction to a misdemeanor. However, a conviction under Penal Code section 11383(c)(1) is a straight

felony conviction that cannot be reduced to a misdemeanor as a matter of law.  The Sonoma County Superior Court lacked authority to reduce a straight felony conviction to a misdemeanor, and any order to do so was therefore in excess of the court's jurisdiction and is void on that basis.

2. Plaintiff lacks standing to bring this action and the causes of action asserted therein.

3. Plaintiff's claim does not present an actual "case or controversy" and is not ripe for adjudication.

4. Plaintiff has failed to state a claim upon which relief may be granted.

5. The Complaint, and each cause of action asserted therein, fails to state facts sufficient to constitute a cause of action against Defendants.

6. Plaintiff's claims and requests for relief are barred by the doctrine of estoppel.

7. All alleged acts done by Defendants, their agents, employees, or representatives were performed fairly, in good faith and for a lawful purpose, in compliance with all applicable laws, and were reasonable and justified under the circumstances.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants respectfully request that:

1. The Complaint for Injunctive and Declaratory Relief, and all claims and prayer therein, be denied in their entirety;

2. Plaintiff takes nothing from Defendants by this action;

3. Defendants be awarded his costs in defending this action; and

4. Defendants be awarded such further relief that the Court may deem just and proper.

| | |
|---|---|
| 1  Dated: July 15, 2016 | Respectfully submitted, |
| 2 | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | MARC A. LEFORESTIER<br>Supervising Deputy Attorney General |
| 4 | |
| 5 | <u>/s/ Peter H. Chang</u><br>PETER H. CHANG<br>Deputy Attorney General |
| 6 | *Attorneys for Defendants California Department of Justice, Bureau of Firearm and Kamala D. Harris, in her official capacity as California Attorney General* |